72,337-03,04

Court Of Criminal Appeals Of Texas
Abel Acosta, Clerk
PO. Box 12308 Capitol Station
Austin, TX. 78711

Re: Nos. WR-72,337-03  WR-72,337-04 Applications
     For Writ Of Mandamus  Cause No. F-0662942

Dear Clerk Acosta,                              ___ Feb. 2015

            Greetings.
The CCA Of Texas Issued An Order For Respondent, The Judge Of The 282nd Dist. Court Of Dallas County Shall Answer Within 30 Days Of The Date Of This Order Dec. 17, 2014.
Also, If The Motions Were Properly Filed And Before The Trial Court, The Trial Court Shall Indicate Whether It Has Ruled On Them, And If Not, The Reason No Ruling Was Made.
      Well Passed The CCA Of Texas 30 Days Allowed For Trial Court To Answer And No Response At All Whatsoever As Of This Writing. So What Is The Status Of Relator's Above Nos.?
      In Advance, Thank You For All Assistance Regards This Matter. It Is Relator's Hope And Prayer CCA Of Texas Grants Motion For Leave To File Applications For Writs Of Mandamus...
Sincerely,
Richard Brown      *1387146  Date 2/9/15
Michael Unit
2664 FM 2054
Tenn. Colony, TX. 75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk